**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

**Nina Soto,**

**Plaintiff,**

**v.**

**Cabrera & Rephen PC**
**and Lisa Swanson,**

**Defendants.**

**Civil No. 00-1731 (ADM /SRN)**

**ORDER REGARDING RECORD ON APPEAL**

---

Defendants Cabrera & Rephen, P.C. and Lisa Swanson ("Defendants") have appealed this Court's Order of November 16, 2000, granting in part and denying in part, Plaintiff's Motion for Attorneys' Fees and Costs. At the request of, and with the consent of the parties, the hearing was conducted by telephone and no record was made of the proceeding. As a result, Defendants have submitted to this Court their Statement of Evidence pursuant to FRAP 10(c), and Plaintiff has submitted her Objections. Together, these pleadings are submitted as the record in this case.

This Court, having reviewed Defendants' Statement of the Evidence and Plaintiff's Objections thereto, hereby ORDERS

The defendants' Statement of Evidence and the Plaintiff's Objections to the Statement of Evidence will serve as the record on appeal.

IT IS SO ORDERED.

Dated: January 31, 2001.

Susan Richard Nelson
Susan Richard Nelson
United States Magistrate Judge

FILED JAN 31 2001
FRANCIS E. DOSAL, CLERK
JUDGMENT ENTD
DEPUTY CLERK