# UNITED STATES DISTRICT COURT
## DISTRICT OF MINNESOTA

Nina Soto,

v.

Cabrera & Rephen, P.C.

Case No. Civil 00-1731 SRN

**JUDGMENT IN A CIVIL CASE**

---

( ) **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

(X) **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED** THAT:

Default judgment is entered against the defendant in the unpaid amount of $4,000 pursuant to the terms and conditions of the Confession of Judgment attached to the affidavit of Thomas J. Lyons, Jr.

DATE: September 7, 2001

RICHARD D. SLETTEN, CLERK

Julie Rustad, Deputy Clerk

21